2.18.14

The Honorable Judge Anna Brown
1407 United States Courthouse
1000 Southwest Third Avenue
Portland, Oregon 97204-2944

RE: U.S. v. MARCEL ROY BENDSHADLER, CR 07-535 BR

Honorable Judge Brown:

On January 9, 2014, I wrote to U.S.P.O. Darryl Weidner regarding early termination of supervised release. On February 6, 2014, I received a phone call from Officer Weidner telling me that he had received the letter and directed me to write a letter to you requesting early termination of supervised release. Officer Weidner stated: he has no objections to early termination of supervision.

On August 27, 2010, I was sentenced to 15 months of incarceration to be followed by three years of supervised release. I was placed on supervised release by the B.O.P. in January of 2012 after serving 11.5 months of detention and approximately 6 weeks of home-detention. To the best of my knowledge and understanding, during the past 25 months, I have been in full-compliance with all orders from your court, from the B.O.P. and from Officer Weidner regarding supervised release.

Therefore, at the direction of Officer Weidner in regards to the aforementioned facts, I am asking you for early release from supervision.

Thank you very much for your attention to this matter.

Sincerely,

M. Roy Bendshadler
173 W. C Street #4
Lebanon, Oregon 97355